■ PETER SIMONETTI et al., Respondents, v CAVALRY PARA-TRANSIT, INC., et al., Appellants. [718 NYS2d 878] —In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Kings County (Hall, J.), dated May 26, 2000, which denied their motion to change the venue of the action from Kings County to Richmond County.

Ordered that the order is affirmed, with costs.

The plaintiffs' choice of venue, based on the residence of one of the defendants, was not improper (see, CPLR 503 [a]). Therefore, the defendants had no ground upon which to base a demand for a change of venue (see, CPLR 511 [a]). In addition, the defendants failed to make the requisite showing for a discretionary change of venue based on the inconvenience of the witnesses (see, O'Brien v Vassar Bros. Hosp., 207 AD2d 169). Accordingly, the defendants' motion for a change of venue was properly denied. Ritter, J. P., Friedmann, H. Miller and Feuerstein, JJ., concur.

■ WINSTON TAYLOR, Appellant, v YAN YOUNG ZHAO et al., Respondents. [718 NYS2d 876] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (R. Goldberg, J.), dated January 21, 2000, which granted the defendants' motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The defendants met their initial burden on the motion by submitting the affirmations of an orthopedist and neurologist who examined the plaintiff and concluded that no objective medical findings supported his claim that he had sustained a serious injury (see, Gaddy v Eyler, 79 NY2d 955, 956-957; Grossman v Wright, 268 AD2d 79, 83-84). The plaintiff's opposition papers were insufficient to raise a triable issue of fact (see, Foley v Karvelis, 276 AD2d 1015; Nisnewitz v Renna, 273 AD2d 210; Guzman v Michael Mgt., 266 AD2d 508). Ritter, J. P., Friedmann, H. Miller and Feuerstein, JJ., concur.